NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

DAVID PHILLIP VALLEJOS
4994 Shadydale LN
Corona, CA 92878



FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

ATTORNEY(S) FOR:

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DAVID PHILLIP VALLEJOS

Plaintiff(s),

v.

ROB BONTA in his official capacity as the Attorney General of the State of California and CHAD BIANCO in his official capacity as Riverside County Sheriff

Defendant(s).

CASE NUMBER: EDCV25-00350-KK-SP

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for DAVID PHILLIP VALLEJOS or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| DAVID PHILLIP VALLEJOS | Plaintiff |
| CHAD BIANCO | Defendant |
| ROB BONTA | Defendant |

02-07-2025
Date

/s/ Vallejos
Signature

Attorney of record for (or name of party appearing in pro per):

DAVID PHILLIP VALLEJOS

CV-30 (05/13)                     NOTICE OF INTERESTED PARTIES