FILED
CLERK, U.S. DISTRICT COURT
FEB - 7 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS** <br> PLAINTIFF/PETITIONER <br> v. <br> **ROB BONTA/CHAD BIANCO** <br> DEFENDANT/RESPONDENT | CASE NUMBER <br> EDCV25-00350-KK-SPx <br><br> REQUEST TO PROCEED IN FORMA PAUPERIS WITH DECLARATION IN SUPPORT |

I, **DAVID PHILLIP VALLEJOS** declare under penalty of perjury, that the foregoing is true and correct; that I am the petitioner/plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefore, I state that because of my poverty I am unable to pay the costs of said proceedings or to give security therefore and that I am entitled to redress.

I further declare under penalty of perjury that the responses which I have made to the questions and instructions below are true, correct and complete.

1. Are you currently employed?  ☐ Yes  ☒ No

    a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer: _____

    b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. **October 2, 2024 $48.13 per hour $7,700.08 a month**

2. Have you received, *within the past twelve months*, any money from any of the following sources?

    | | | |
    |---|---|---|
    | Public benefits? | ☒ Yes | ☐ No |
    | Business, profession or form of self-employment? | ☐ Yes | ☒ No |
    | Rent payments, interest or dividends? | ☐ Yes | ☒ No |
    | Pensions, annuities or life insurance payments? | ☐ Yes | ☒ No |
    | Gifts or inheritances? | ☐ Yes | ☒ No |
    | Any other income (other than listed above)? | ☐ Yes | ☒ No |
    | Loans? | ☐ Yes | ☒ No |
    | Any other income (other than listed above)? | ☐ Yes | ☒ No |

    If the answer to any of the above is yes, describe such source of money and state the amount received from each source during the past twelve (12) months: **EBT $220 food stamps and $20 in cash aide**

3. Do you own any cash, or do you have money in a checking or savings account? (include any funds in prison accounts, if applicable)  ☒ Yes   ☐ No

   If the answer is yes, identify each account and separately state the amount of money in each account for each of the *six (6) months* prior to the date of this declaration. The Police Credit Union Savings account 09/24 $4,000 10/24 $3500 11/24 $3000 12/24 $1800 1/25 $1200 2/25 $800.    Checking Account 09/24 $400 10/24 $400 11/24 $400 12/24 $300 1/25 $100 2/25 $200

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?  ☒ Yes   ☐ No

   If you answer is yes, describe the property and state its approximate value:  2007 Lexus RX 350 $3000

5. In what year did you last file an Income Tax Return?  2003

   Approximately how much income did your last return reflect?  $84, 825

6. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support:

7. Estimate your average monthly expenses below:

| Housing | $700 | Credit Cards | $400 |
|---|---|---|---|
| Transportation | $400 | Child Care | |
| Food | $400 | Insurance | $60 |
| Medical | | Loans | |
| Utilities | | Other | |

**CALIFORNIA**
State

**RIVERSIDE**
County (or City)

I, **DAVID PHILLIP VALLEJOS**   declare under penalty of perjury that the foregoing is true and correct. Executed on:

02/07/2025
Date

*[signature]*
Plaintiff (Signature)