David Phillip Vallejos
4994 Shadydale LN
Corona CA, 92878

In Pro Se

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIP VALLEJOS,<br><br>Plaintiffs,<br><br>v.<br><br>ROB BONTA (In his official capacity as attorney General of The State of California), and CHAD BIANCO (in his official capacity as Sheriff of Riverside County),<br><br>Defendant. | Civil Action<br>EDCV25-00350-KK-SPx<br><br><br>Motion for Preliminary Injunction;<br>Memorandum in Support of Motion<br>for Preliminary Injunction; Certificate<br>of Service. |

FILED
CLERK, U.S. DISTRICT COURT
FEB 1 2 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

## Motion for Preliminary Injunction

Comes now the Plaintiff David Phillip Vallejos pursuant to Rule 65 of the F.R.C.P. and moves this Court for a temporary restraining order and a preliminary injunction which compels the State of California ("State") to seize with the CCW Scheme and governed under PC25400, PC26150 and PC26155. Furthermore, Plaintiff moves this Court to issue a temporary restraining order and a preliminary

injunction which enjoins the State and County from requiring anyone who desires to carry a concealed weapon in public to apply with the county and add burdensome requirements.

Dated: February 12, 2025.

Respectfully submitted,

*In Pro Se,*

/s/ *signature*

David Phillip Vallejos