AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

DAVID PHILLIP VALLEJOS )
)
*Plaintiff(s)* )
v. ) Civil Action No.
ROB BONTA in his Official Capacity as the )
Attorney General of the State of California and ) EDCV25-00350-KK-SPx
CHAD BIANCO in his Official Capacity as the )
Riverside County Sheriff )
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
CHAD BIANCO
4095 Lemon Street
Riverside, CA 92501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/27/2025

_____
Signature of Clerk or Deputy Clerk

1202