AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EDCV25-00350-KK-SPx

**FILED**
**CLERK, U.S. DISTRICT COURT**
FEB 27 2025
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Rob Bonta in his Official Capacity as the Attorney General of the State of California
was received by me on *(date)* 02/14/2025

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* "Jane Doe"(No Name Given per DA's Office), Recpt., who is designated by law to accept service of process on behalf of *(name of organization)* Rob Bonta in his Official Capacity as the Attorney General of the State of California
600 West Broadway Suite 1800, San Diego, CA 92101 on *(date)* 02/11/2025 at 10:08am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ 109.00 for services, for a total of $ 109.00

I declare under penalty of perjury that this information is true.

Date: 02/21/2025

*Server's signature*

K. WYSONG, RPS#1802 SAN DIEGO COUNTY
*Printed name and title*

SAN DIEGO SERVICE OF PROCESS
2445 MORENA BLVD. #201
SAN DIEGO, CA 92110
*Server's address*

Additional information regarding attempted service, etc:

ADDITIONAL DOCUMENTS SERVED: SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF; MOTION FOR PRELIMINARY INJUNCTION; MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION