AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. EDCV25-00350-KK-SPx

```
                              FILED
                    CLERK, U.S. DISTRICT COURT

                         FEB 27 2025

                    CENTRAL DISTRICT OF CALIFORNIA
                    EASTERN DIVISION    BY DEPUTY
```

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>CHAD BIANCO in his offical capacity as Sheriff of Riverside County Sheriff</u> was received by me on *(date)* <u>Feb 13, 2025, 11:00 am.</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* <u>Jenny Bell / Clerk authorized to accept</u> , who is designated by law to accept service of process on behalf of *(name of organization)* <u>CHAD BIANCO in his offical capacity as Sheriff of Riverside County Sheriff</u> on *(date)* <u>Fri, Feb 14 2025 at 2:20pm</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$69.00</u>.

I declare under penalty of perjury that this information is true.

Date: 02/18/2025

_____
*Server's signature*

Brandon Azmi 1697 / Riverside
_____
*Printed name and title*

2900 Adams St Ste C250, Riverside, CA 92504
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Successful Attempt: Feb 14, 2025, 2:20 pm PST at 4095 Lemon Street, Riverside, CA 92501 received by Jenny Bell / Clerk authorized to accept. Age: 50's; Ethnicity: Caucasian; Gender: Female; Weight: 140; Height: 5'8"; Hair: Black;
By Serving a person (at least 18 years of age) apparently in charge of the office or usual place of business of the person or entity being served. I informed him or her of the general nature of the papers.

DOCUMENTS SERVED:
Summons in a Civil Action; Complaint; Civil Cover Sheet; Motion for Preliminary Injuction; Memorandum in Support of Motion for Preliminary Injuction; Certificate of Service.