# EXHIBIT A

# McLaughlin, Abigail

| | |
|---|---|
| **From:** | David Vallejos <soundinstaller441@gmail.com> |
| **Sent:** | Tuesday, March 11, 2025 4:18 PM |
| **To:** | McLaughlin, Abigail |
| **Cc:** | Sain, Tony; Tridente, Austin; Kazanjian, Tereza; Hamedi, Ali |
| **Subject:** | Re: Vallejos (Plaintiff) Ex Parte App to Continue Opp to Motion for Preliminary Injunction Deadline |
| **Attachments:** | mansfield-certification-plus-badge-color-2023-2024-v2(1)resized_37645725-83ca-4f0d-a1da-4223c37b12f8.png; Logo_e6253148-26a1-47a9-b861-6ac0ff0bc3c4.png |

> EXTERNAL

I will be happy to give extensions later in the case but a preliminary injunction is an expedited process. Thank you for understanding. With best regards.

On Tue, Mar 11, 2025, 4:06 PM David Vallejos <soundinstaller441@gmail.com> wrote:
> No. I do not consent to an extension. Thank you for reaching out to me. Take care..
>
> On Tue, Mar 11, 2025, 4:05 PM McLaughlin, Abigail <Abigail.McLaughlin@lewisbrisbois.com> wrote:
>
>> Good afternoon, Mr. Vallejos:
>>
>> Thank you for taking the time to speak with me today regarding the Court's Order scheduling the briefing schedule and hearing on your Motion for Preliminary Injunction.
>>
>> As discussed, we have not yet made an appearance in this matter on behalf of Sheriff Bianco, and thus were not aware until today of the Court's Order until today, which states that our Opposition to your Motion for Preliminary Injunction is due tomorrow.  Unfortunately, we are not able to Oppose that Motion for Preliminary Injunction in that time frame because we just were retained in this matter and asked if you'd be willing to stipulate to an extension.  You stated you would oppose any extension; thus, we told you we would need to bring an Ex Parte Application for Relief.
>>
>> We will provide that Ex Parte Application to you today via e-mail and file it with the Court.  As discussed, the Court usually gives you approximately 24 hours to respond.
>>
>> If you have any further questions or concerns or will reconsider agreeing to an extension, please feel free to contact me.

Thank you,

Abigail



**Abigail J. R. McLaughlin** (She/Her)
**Partner**
**Abigail.McLaughlin@lewisbrisbois.com**

**T: 213.358.6001 F: 213.250.7900**

633 W. 5th Street, Suite 4000, Los Angeles, CA 90071 | **LewisBrisbois.com**

**Representing clients from coast to coast. View our locations nationwide.**



This e-mail may contain or attach privileged, confidential or protected information intended only for the use of the intended recipient. If you are not the intended recipient, any review or use of it is strictly prohibited. If you have received this e-mail in error, you are required to notify the sender, then delete this email and any attachment from your computer and any of your electronic devices where the message is stored.

# EXHIBIT B

RIVERSIDE COUNTY
SHERIFF'S PROFESSIONAL
STANDARDS BUREAU
25 FEB 28 PM 12:28

RIVERSIDE COUNTY
SHERIFF'S PROFESSIONAL
STANDARDS BUREAU
25 FEB 28 PM 12:28

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DAVID PHILLIP VALLEJOS <br> *Plaintiff(s)* <br> v. <br> ROB BONTA in his Official Capacity as the Attorney General of the State of California and CHAD BIANCO in his Official Capacity as the Riverside County Sheriff <br> *Defendant(s)* | Civil Action No. <br><br> EDCV25-00350-KK-SPx |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

CHAD BIANCO
4095 Lemon Street
Riverside, CA 92501

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____   _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chad Bianco Riverside County Sheriff

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: