UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DAVID PHILLIP VALLEJOS,<br><br>Plaintiff,<br><br>vs.<br><br>ROB BONTA, in his Official Capacity as the Attorney General of the State of California, and CHAD BIANCO, in his Official Capacity as the Riverside County Sheriff,<br><br>Defendants. | Case No. 5:25-CV-00350-SPG-E<br>[*Hon. Sherilyn Peace Garnett, Dist. Judge; Hon. Charles F. Eick, M. Judge*]<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT SHERIFF CHAD BIANCO'S EX PARTE APPLICATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION FROM APRIL 2, 2025 TO APRIL 30, 2025 AND RELATED DEADLINES DUE TO LACK OF NOTICE**<br><br>*Filed Concurrently with Ex Parte Application; Declaration of Abigail J.R. McLaughlin*<br><br>Action Filed: February 7, 2025 |

This Court has reviewed the March 11, 2025 *ex parte* application of Defendant CHAD BIANCO, in his Official Capacity as the Riverside County Sheriff for a continuance of the hearing on Plaintiff's Motion for Preliminary Injunction and related deadlines in this matter by a period of four (4) weeks, as well as Plaintiffs' Opposition thereto.

1    Pursuant to the Court's inherent and statutory authority, including, but not
2 limited to, the Court's authority under all applicable statues and rules, after due
3 consideration of all of the relevant pleadings, papers, and records in this action; and
4 upon such other evidence or argument as was presented to the Court; good cause
5 appearing therefore, and in furtherance of the interests of justice, it is hereby
6 **ORDERED** as follows:

7    1.    The hearing on Plaintiff's Motion for Preliminary Injunction is continued
8 from April 2, 2025 to April 30, 2025;

9    2.    The deadline for defendants' opposition to Plaintiff's Motion for
10 Preliminary Injunction is continued to April 9, 2025; and

11    3.    The deadline for Plaintiff's reply, if any, in support of Plaintiff's Motion
12 for Preliminary Injunction is continued to April 16, 2025.

14    **IT IS SO ORDERED.**

16 DATED: March __, 2025

18                                      Hon. Sherilyn Peace Garnett
19                                      UNITED STATES DISTRICT JUDGE

154101028.1

2

[PROPOSED] ORDER RE: DEFT. BIANCO'S EX PARTE APP. TO CONT. HRG. ON PLTF.'S P.I. MTN.