ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-7836
  Fax: (916) 324-8835
  E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS,**<br><br>Plaintiffs,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,**<br><br>Defendants. | 5:25-cv-00350<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Current Response Date: March 14, 2025<br>New Response Date: March 24, 2025 |

Pursuant to Local Civil Rule 8-3, Plaintiff David Vallejos and Defendant Rob Bonta, in his official capacity as California Attorney General, specially appearing, hereby stipulate that Defendant Bonta's deadline to answer or otherwise respond to the Complaint is extended to and including March 24, 2025. This change will not alter the date of any event or any deadline already fixed by Court order.

| | | |
|---|---|---|
| 1 | Dated: March 12, 2025 | Respectfully submitted, |

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General


*/s/ Jerry Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*


   */s/ David Vallejos*
DAVID VALLEJOS
*Plaintiff, In Pro Se*

<u>Attestation of Concurrence in Filing</u>

I, Jerry T. Yen, am the ECF user whose ID and password are being used to file the foregoing Stipulation. Pursuant to Local Rule 5-4.3.4(a)(2), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 12, 2025

Respectfully Submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General

_/s/ Jerry Yen_
JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

# CERTIFICATE OF SERVICE

Case Name:   **Vallejos v. Rob Bonta, et al.**         No.   **5:25-cv-00350**

I hereby certify that on March 12, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that on March 12, 2025, the foregoing document(s) have been sent via electronic mail addressed as follows:

David Phillip Vallejos
**Email Address:**
soundinstaller441@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 12, 2025, at Plumas Lake, California.

| Jessica Munoz | *Jessica Munoz* |
|---|---|
| Declarant for eFiling and Electronic Service | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users. On March 12, 2025, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Phillip Vallejos
4994 Shadydale Lane
Corona, CA 92875

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 12, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| Ksenia Lavrushchak | */s/ Ksenia Lavrushchak* |
| Declarant for Service by U.S. Mail | Signature |

SA2025301103
38860308.docx