ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIP VALLEJOS,<br><br>Plaintiff,<br><br>v.<br><br>ROB BONTA, in his official capacity as the Attorney General of the State of California and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,<br><br>Defendants. | Case No. 5:25-cv-00350<br><br>**DECLARATION OF JERRY T. YEN IN SUPPORT OF DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 2, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

## DECLARATION OF JERRY T. YEN

I, Jerry T. Yen, declare:

1. I am a Deputy Attorney General for the Office of the Attorney General for the State of California, attorney of record for Defendant Rob Bonta, in his official capacity as California Attorney General, in this action.

2. I am competent to testify to the matters set forth in this declaration, and if called to do so, I would and could so testify. I make this declaration in support of Defendant Rob Bonta's Special Appearance and Opposition to Plaintiff's Motion for Preliminary Injunction.

3. A true and correct copy of Professor Robert Spitzer's Declaration filed in *California Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Department*, Case No. 2:23-cv-10169, ECF No. 25-1 (C.D. Cal. Feb. 21, 2024), is attached as **Exhibit 1**.

4. A true and correct copy of Professor Michael Vorenberg's Declaration filed in *California Rifle & Pistol Ass'n v. Los Angeles County Sheriff's Department*, Case No. 2:23-cv-10169, ECF No. 25-2 (C.D. Cal. Feb. 21, 2024), is attached as **Exhibit 2**.

Dated: March 12, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General

/s/ Jerry Yen

JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*