|  |  |
|---|---|
| 1 | ROB BONTA |
|  | Attorney General of California |
| 2 | JOHN D. ECHEVERRIA |
|  | Supervising Deputy Attorney General |
| 3 | JERRY T. YEN |
|  | Deputy Attorney General |
| 4 | State Bar No. 247988 |
|  |  1300 I Street, Suite 125 |
| 5 |  P.O. Box 944255 |
|  |  Sacramento, CA 94244-2550 |
| 6 |  Telephone: (916) 210-7836 |
|  |  Fax: (916) 324-8835 |
| 7 |  E-mail: Jerry.Yen@doj.ca.gov |
|  | *Attorneys for Defendant Rob Bonta, in his official* |
| 8 | *capacity as California Attorney General* |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,**<br><br>Defendants. | Case No. 5:25-cv-00350<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:      April 2, 2025<br>Time:      1:30 p.m.<br>Courtroom: 5C<br>Judge:     Hon. Sherilyn Peace Garnett |

**DEFENDANT ROB BONTA'S REQUEST FOR JUDICIAL NOTICE**

Pursuant to Federal Rule of Evidence 201, Defendant Rob Bonta, in his official capacity as California Attorney General, respectfully requests that this Court take judicial notice of the following document, attached as **Exhibit A**, in support of his opposition to Plaintiff's motion for preliminary injunction. **Exhibit A** is a true and correct copy of a July 1, 2024 ruling in *Vallejos v. Riverside County*

1

*Sheriff Department*, Case No. CVRI2401541, Superior Court of California, County of Riverside, denying Petitioner's California Penal Code § 26206 challenge of disqualified person determination.

The Court may take judicial notice of any fact that is "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court shall take judicial notice if requested by a party and supplied with the necessary information. Fed. R. Evid. 201(d).

Judicial notice may be taken orders or decisions entered in any federal or state court proceeding. *See Healthcare, Inc. v. State Compensation Ins. Fund*, 754 F.3d 754, 756, n.1 (9th Cir. 2014) (granting judicial notice of state court proceedings). Accordingly, judicial notice of **Exhibit A** is appropriate.

Dated: March 12, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General

*/s/ Jerry Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*