IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,**<br><br>Defendants. | Case No. 5:25-cv-00350<br><br>**[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION** |

On February 12, 2025, Plaintiff filed a motion for preliminary injunction requesting an order that the State of California cease enforcing its concealed carry weapon licensing requirements and allow individuals to carry a firearm in public without a license. Having considered Plaintiff's motion for preliminary injunction, the briefs filed in support and opposition, any other documents and files on the docket, and oral argument on the motion, the Court finds that Defendant Rob Bonta

was not properly served and thus the Court currently lacks authority to grant a preliminary injunction. Moreover, Plaintiff failed to show that he is likely to succeed on the merits of his claims, that irreparable harm will result absent relief, or that the equities or public interest favors relief. Accordingly, Plaintiff's motion for preliminary injunction is DENIED.

IT IS SO ORDERED.

Dated: _____

Hon. Sherilyn Peace Garnett
United States District Judge