# CERTIFICATE OF SERVICE

Case Name:  <u>**Vallejos v. Rob Bonta, et al.**</u>   No.  <u>**5:25-cv-00350**</u>

I hereby certify that on <u>March 12, 2025</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **DECLARATION OF JERRY T. YEN IN SUPPORT OF DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

- **[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that on <u>March 12, 2025</u>, the foregoing document(s) have been sent via electronic mail addressed as follows:

David Phillip Vallejos
**Email Address:**
soundinstaller441@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 12, 2025</u>, at Plumas Lake, California.

|  |  |
|---|---|
| <u>Jessica Munoz</u>  Declarant for eFiling and Electronic Service | _____  Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>March 12, 2025</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

David Phillip Vallejos
4994 Shadydale Lane
Corona, CA 92875

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 12, 2025</u>, at Sacramento, California.

|  |  |
|---|---|
| Ksenia Lavrushchak | /s/ *Ksenia Lavrushchak* |
| Declarant for Service by U.S. Mail | Signature |

SA2025301103
38861041.docx