**LEWIS BRISBOIS BISGAARD & SMITH LLP**
TONY M. SAIN, SB# 251626
  E-Mail: Tony.Sain@lewisbrisbois.com
ABIGAIL J. R. McLAUGHLIN, SB# 313208
  E-Mail: Abigail.McLaughlin@lewisbrisbois.co
633 West 5th Street, Suite 4000
Los Angeles, California 90071
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant,
CHAD BIANCO, in his Official Capacity
as the Riverside County Sheriff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIP VALLEJOS,<br><br>    Plaintiff,<br><br>  vs.<br><br>ROB BONTA, in his Official Capacity as the Attorney General of the State of California, and CHAD BIANCO, in his Official Capacity as the Riverside County Sheriff,<br><br>    Defendants. | Case No. 5:25-CV-00350-SPG-E<br>[*Hon. Sherilyn Peace Garnett, Dist. Judge; Hon. Charles F. Eick, M. Judge*]<br><br>**NOTICE OF JOINDER BY DEFENDANT SHERIFF BIANCO TO DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [DKT. 22]**<br><br>Date:  April 2, 2025<br>Time:  1:30 p.m.<br>Ctrm:  5C |

**TO THE COURT, PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

NOTICE IS HEREBY GIVEN that Defendant CHAD BIANCO, in his Official Capacity as the Riverside County Sheriff ("Sheriff Bianco") hereby joins in the following Opposition filed and served by Defendant ROB BONTA, in his Official Capacity as the Attorney General of the State of California ("Attorney General Bonta"):

1. Defendant Rob Bonta's Special Appearance and Opposition to Plaintiff's Motion for Preliminary Injunction [Dkt. 22].

Sheriff Bianco hereby joins, and includes by reference, the arguments and positions as set forth in the above-listed Opposition, as though fully set forth herein.

DATED: March 12, 2025     LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Abigail J.R. McLaughlin*
  TONY M. SAIN
  ABIGAIL J.R. McLAUGHLIN
Attorneys for Defendant,
CHAD BIANCO, in his Official Capacity as the Riverside County Sheriff

**FEDERAL COURT PROOF OF SERVICE**
Vallejos v. Bonta, et al.
5:25-cv-00350

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 633 West 5th Street, Suite 4000, Los Angeles, CA 90071. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On March 12, 2025, I served the following document(s): NOTICE OF JOINDER BY DEFENDANT SHERIFF BIANCO TO DEFENDANT ROB BONTA'S SPECIAL APPEARANCE AND OPPOSITION TO PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [DKT. 22]

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

| | |
|---|---|
| David Phillip Vallejos<br>4994 Shadydale Lane<br>Corona, CA 92875<br>soundinstaller441@gmail.com | *Pro Se Plaintiff* |
| ROB BONTA<br>Attorney General of California<br>JOHN D. ECHEVERRIA<br>Supervising Deputy Attorney General<br>JERRY T. YEN<br>Deputy Attorney General<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>E-mail: Jerry.Yen@doj.ca.gov | *Attorneys for Defendant Rob Bonto, in his official capacity as California Attorney General* |

The documents were served by the following means:

☒ (BY E-MAIL OR ELECTRONIC TRANSMISSION) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☒ (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

///

///

///

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on March 12, 2025, at Los Angeles, California.

                                        /s/ Abigail J. R. McLaughlin
                                        Abigail J. R. McLaughlin