# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID PHILLIP VALLEJOS<br><br>Plaintiff(s),<br><br>v.<br><br>ROB BONTA, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>5:25–cv–00350–SPG–E<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   __3/12/2025__

Document No.:  __20__

Title of Document:   __Notice of Appearance or Withdrawal of Counsel G–123__

**ERROR(S) WITH DOCUMENT:**

The name of the attorney on the pleading does not match the name on their PACER account.

Other:

Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __March 14, 2025__     By: __/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov__
                                   Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**