1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS,** | Case No. 5:25-cv-00350 |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANT ROB BONTA'S MOTION TO DISMISS** |
| **v.** | |
| **ROB BONTA, in his official capacity as the Attorney General of the State of California; and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,** | |
| Defendants. | |

On February 24, 2025, Defendant Rob Bonta, in his official capacity as California Attorney General, filed a motion to dismiss the complaint against the Attorney General without leave to amend. Having considered Defendant's motion to dismiss, the briefs filed in support and opposition, any other documents and files on the docket, and oral argument on the motion, the Court finds that Defendant Rob Bonta was not properly served and thus the Court dismisses this case against the Attorney General. Moreover, Defendant cannot state a cognizable Second

1    Amendment claim against California's concealed carry licensing laws.

2    Accordingly, Defendant's Motion to Dismiss is GRANTED without leave to

3    amend.

4

5        IT IS SO ORDERED.

6

7    Dated:                            _____

8                                      Hon. Sherilyn Peace Garnett
                                       United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28