# CERTIFICATE OF SERVICE

Case Name:  **Vallejos v. Rob Bonta, et al.**     No.  **5:25-cv-00350**

I hereby certify that on March 24, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT ROB BONTA'S NOTICE OF MOTION AND MOTION TO DISMISS; POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS**
- **[PROPOSED] ORDER GRANTING DEFENDANT ROB BONTA'S MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that on March 24, 2025, the foregoing document(s) have been sent via electronic mail addressed as follows:

**David Phillip Vallejos**
**Email Address:**
soundinstaller441@gmail.com

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on March 24, 2025, at Sacramento, California.

| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
|---|---|
| Declarant | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On <u>March 24, 2025</u>, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**David Phillip Vallejos**
**4994 Shadydale Lane**
**Corona, CA 9287**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>March 24, 2025</u>, at Sacramento, California.

| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
|---|---|
| Declarant | Signature |