|   |   |
|---|---|
| 1 | ROB BONTA |
|   | Attorney General of California |
| 2 | JOHN D. ECHEVERRIA |
|   | Supervising Deputy Attorney General |
| 3 | JERRY T. YEN |
|   | Deputy Attorney General |
| 4 | State Bar No. 247988 |

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General
JERRY T. YEN
Deputy Attorney General
State Bar No. 247988
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 210-7836
 Fax: (916) 324-8835
 E-mail: Jerry.Yen@doj.ca.gov
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID PHILLIP VALLEJOS,**<br><br>Plaintiff,<br><br>v.<br><br>**ROB BONTA, in his official capacity as the Attorney General of the State of California; and CHAD BIANCO, in his official capacity as the Riverside County Sheriff,**<br><br>Defendants. | Case No. 5:25-cv-00350<br><br>**DEFENDANT ROB BONTA'S NOTICE OF NON-OPPOSITION TO THE ATTORNEY GENERAL'S MOTION TO DISMISS**<br><br>Date: April 30, 2025<br>Time: 1:30 p.m.<br>Courtroom: 5C<br>Judge: Hon. Sherilyn Peace Garnett |

Defendant Rob Bonta, in his official capacity as California Attorney General, files this notice of non-opposition regarding the Attorney General's motion to dismiss filed on March 24, 2025. ECF No. 26. The motion requests that the Court dismiss Plaintiff's complaint because: (1) Plaintiff failed to serve the Attorney General with a sealed and signed summons issued by the court clerk as required by Federal Rule of Civil Procedure 4, and (2) Plaintiff's Second Amendment challenge to California's concealed carry weapon licensing laws fails as a matter of law. *Id.*

Plaintiff's opposition was due on April 9, 2025, which is 21 days before the designated hearing date of April 30, 2025.  Civil L.R. 7-9.  As of today's date, no opposition to the motion has been received by the Attorney General or filed on the case docket.

Failure to timely file an opposition as required by the Court's Local Rules can be grounds for granting the motion.  Civil L.R. 7-12; *see also Ghazali v. Moran*, 46 F.3d 52, 53 (9th Cir. 1995) (affirming the district court's decision to grant an unopposed motion to dismiss under the local rules due to a pro se litigant's failure to oppose the motion).  Further, for the reasons stated in his motion, the Attorney General respectfully requests that the Court grant the motion and dismiss the complaint without leave to amend.

Dated:  April 16, 2025

Respectfully submitted,

ROB BONTA
Attorney General of California
JOHN D. ECHEVERRIA
Supervising Deputy Attorney General

*/s/ Jerry Yen*

JERRY T. YEN
Deputy Attorney General
*Attorneys for Defendant Rob Bonta, in his official capacity as California Attorney General*

# CERTIFICATE OF SERVICE

Case Name:   **Vallejos v. Rob Bonta, et al.**          No.   **5:25-cv-00350**

I hereby certify that on April 16, 2025, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

- **DEFENDANT ROB BONTA'S NOTICE OF NON-OPPOSITION TO THE ATTORNEY GENERAL'S MOTION TO DISMISS**

Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

I further certify that on April 16, 2025, the foregoing document(s) have been sent via electronic mail addressed as follows:

**David Phillip Vallejos**
**Email Address:**
**soundinstaller441@gmail.com**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on April 16, 2025, at Sacramento, California.

| Ksenia Lavrushchak | /s/ Ksenia Lavrushchak |
|---|---|
| Declarant for eFiling and Electronic Service | Signature |

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar at which member's direction this service is made.  I am 18 years of age or older and not a party to this matter.  I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service.  In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service with postage thereon fully prepaid that same day in the ordinary course of business.

I further certify that some of the participants in the case are not registered CM/ECF users.  On April 16, 2025, the foregoing document(s) have been mailed in the Office of the Attorney General's internal mail system, by First-Class Mail, postage prepaid, or have dispatched it to a third party commercial carrier for delivery within three (3) calendar days to the following non-CM/ECF participants:

**David Phillip Vallejos**
**4994 Shadydale Lane**
**Corona, CA 92878**

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>April 16, 2025</u>, at Sacramento, California.

| | |
|---|---|
| <u>　　　Ksenia Lavrushchak　　　</u> | <u>　　　*/s/ Ksenia Lavrushchak*　　　</u> |
| Declarant for Service by U.S. Mail | Signature |